UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | |
|---|---|
| MCLAINE DENISS, *et al.*, ) | |
| ) | CASE NO.: 3:15-CV-00190-RCJ-WGC |
| Plaintiff, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| INTERNAL REVENUE SERVICE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #4) entered on June 24, 2015, in which the Magistrate Judge recommends the Court dismiss the Plaintiff's Petition (ECF #1). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #4).

IT IS HEREBY ORDERED that Plaintiff's Petition (ECF #1) is **DISMISSED** Without Prejudice. The Clerk of the Court shall enter judgment according and close the case.

IT IS SO ORDERED this 22nd day of July, 2015.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE